UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SERITTA KLASS,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------x

11 Cr. 893 (PAC)
17 Civ. 2896 (PAC)

**OPINION AND ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

On March 6, 2018, the Court issued an opinion and order denying Petitioner Klass's Section 2255 petition. *See* Case No. 17 Civ. 2896, ECF 12. The Court hereby denies a Certificate of Appealability for the March 6, 2018 opinion. Klass has not "made a substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2). No "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated: New York, New York
       April 9, 2018

SO ORDERED

PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/18